THOMAS BOLAND, Plaintiff in Error, *v.* THE PEOPLE OF THE
STATE OF NEW YORK, Defendant in Error.

(Argued November 24, 1882 ; decided December 12, 1882.)

DECIDED upon the authority of *Hall* v. *The People* (*ante*, p.
498), and upon the opinion of the court below.

*William F. Howe* for plaintiff in error.

*John Vincent* for defendant in error.

FINCH, J., reads for affirmance.
All concur, except TRACY, J., absent.
Judgment affirmed.